IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RON ANTONIO JONES                                 PLAINTIFF

v.                 No. 4:21-cv-00001-DPM

CHRISTY JOHNSON; DR. RONALD
JOHN STUCKEY; VERNA BARNES,
Classification Officer; JOHN DOE, Officer
responsible for bunk assignments               DEFENDANTS

## ORDER

Summons for Verna Barnes has been returned unexecuted with her last known personal mailing address submitted under seal. *Doc. 6.* The Clerk must prepare a new summons for Defendant Barnes using her personal address. The United States Marshal must serve the summons, the complaint, and this Order on Defendant Barnes without prepayment of fees and costs or security.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 April 2021