### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RON ANTONIO JONES**                                        **PLAINTIFF**

v.                              **No. 4:21-cv-00001-DPM**

**CHRISTY JOHNSON;  DR. RONALD
JOHN STUCKEY;  VERNA BARNES,
Classification Officer;  JOHN DOE, Officer
responsible for bunk assignments**                **DEFENDANTS**

### ORDER

Summonses for Christy Johnson and Dr. John Stuckey have been returned unexecuted with an explanation that Humphries, Odum, and Eubanks is no longer authorized to accept service for Wellpath, LLC, or its employees. *Doc. 8 & 9.* The Clerk must prepare new summonses for Johnson and Stuckey.  Each must be served through the registered agent of service for Wellpath, LLC, which is Corporate Creations Networking, Inc., 609 SW 8th St, #600, Bentonville, AR 72712.  The United States Marshal must serve the summons, the complaint, and this Order on Defendants Johnson and Stuckey without prepayment of fees and costs or security.  If service is done by mail, it must be by registered mail, return receipt requested.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 April 2021