# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

RON ANTONIO JONES                              PLAINTIFF

v.                      No. 4:21-cv-00001-DPM

CHRISTY JOHNSON; DR. RONALD
JOHN STUCKEY; VERNA BARNES,
Classification Officer; JOHN DOE, Officer
responsible for bunk assignments             DEFENDANTS

## ORDER

Summonses for Dr. John Stuckey and Christy Johnson were returned unexecuted. *Doc. 15 & 16.* Wellpath, LLC, has advised the Court that both Johnson and Stuckey have agreed to accept service through the Humphries, Odum & Eubanks law firm, 1901 Broadway Street, Little Rock, AR 72206. The United States Marshal shall serve the summons, the complaint, and this Order on Defendants Stuckey and Johnson without prepayment of fees and costs or security.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 June 2021