IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RON ANTONIO JONES                                    PLAINTIFF

v.                        No. 4:21-cv-00001-DPM

CHRISTY JOHNSON; DR. RONALD
JOHN STUCKEY; VERNA BARNES,
Classification Officer; JOHN DOE, Officer
responsible for bunk assignments                  DEFENDANTS

## ORDER

Plaintiff Ron Jones's motion for status report and notice of change of address, *Doc. 21*, is granted. Copies of defendants' motion to dismiss and supporting brief were sent to Jones at his updated address on 23 September 2021. The Court directs the Clerk to send Jones a copy of the docket sheet.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 October 2021