# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RON ANTONIO JONES**                                            **PLAINTIFF**

v.                        No. 4:21-cv-00001-DPM

**CHRISTY JOHNSON; DR. RONALD
JOHN STUCKEY; VERNA BARNES,**
Classification Officer; **JOHN DOE,** Officer
responsible for bunk assignments                **DEFENDANTS**

## ORDER

Johnson and Stuckey move to be dismissed, saying Jones has failed to state a claim against them. *Doc. 19*. Jones has not responded to their motion. The Court takes the pleaded facts as true. *Stone v. Harry*, 364 F.3d 912, 914 (8th Cir. 2004).

Jones, who suffers from a seizure disorder, fell from his top bunk and injured his ankle and lower back. At the time, Jones had a medical authorization for a low bunk. As a result of his injuries, Jones was allowed the use of a cane for just over two weeks until Nurse Johnson "took the cane." *Doc. 2 at 3*. Dr. Stuckey agreed. *Doc. 2 at 3-4*. Johnson and Stuckey argue that Jones hasn't pleaded that their actions made his injuries worse. The Court inferred that they did. It would be better, though, if this were fleshed out with some particular facts. The Court therefore converts their motion to dismiss, *Doc. 19*, into one for a more definite statement, and grants it. Jones must amend his complaint to

clarify whether not having the cane injured him and, if so, how. He must plead specifics. If he does not, the Court will dismiss Johnson and Stuckey without prejudice.

Amended complaint due by 18 February 2022. A Final Scheduling Order will issue.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 January 2022