# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RON ANTONIO JONES**                                    **PLAINTIFF**

v.                              **No. 4:21-cv-00001-DPM**

**CHRISTY JOHNSON;  DR. RONALD
JOHN STUCKEY;  VERNA BARNES,
Classification Officer;  JOHN DOE, Officer
responsible for bunk assignments**                **DEFENDANTS**

## ORDER

**1.**     Jones's motion to appoint counsel, *Doc. 30*, is denied without prejudice.  There are no pending motions and the case is young.  And the facts alleged are not beyond what a *pro se* litigant can handle. Appointing counsel in a civil case is an extraordinary step, which is unnecessary at this point.  *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

**2.**     Jones's motion for relief, *Doc. 38*, which is actually a restatement of his claims, is denied without prejudice as duplicative.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 March 2022