IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RON ANTONIO JONES                                                                PLAINTIFF

v.                               No. 4:21-cv-00001-DPM

CHRISTY JOHNSON; DR. RONALD
JOHN STUCKEY; VERNA BARNES,
Classification Officer; JOHN DOE, Officer
responsible for bunk assignments                                            DEFENDANTS

ORDER

Plaintiff Ron Jones notified the Court of an address change, *Doc. 46*, on the same day separate defendant Barnes moved for judgment on the pleadings. *Doc. 44.* It is not apparent from the docket that Jones has received the pending motion. The Court therefore directs the Clerk to send Jones a copy of Barnes's motion, her brief in support, and the docket sheet. Jones will have until 29 April 2022 to respond to the pending motion.

So Ordered.

*Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 March 2022