IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RON ANTONIO JONES**                                                                    **PLAINTIFF**

v.                              No. 4:21-cv-1-DPM

**CHRISTY JOHNSON and RONALD JOHN
STUCKEY**, In their Individual and Official
Capacities; **VERNA BARNES**, Classification Officer;
and **JOHN DOE**, Officer responsible
for bunk assignments                                                                **DEFENDANTS**

## ORDER

Motion, *Doc. 58*, granted. Vincent France is relieved as counsel for Barnes.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 February 2023