IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RON ANTONIO JONES                                                    PLAINTIFF

v.                            No. 4:21-cv-1-DPM

CHRISTY JOHNSON and RONALD
JOHN STUCKEY, Dr., both in their Individual
and Official Capacities; VERNA BARNES,
Classification Officer; and John Doe,
Officer responsible for bunk assignments                 DEFENDANTS

## ORDER

Defendants' status report, *Doc. 63*, is appreciated.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 April 2023