IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RON ANTONIO JONES**                                                                 PLAINTIFF

v.                               No. 4:21-cv-1-DPM

**CHRISTY JOHNSON and RONALD
JOHN STUCKEY, Dr., both in their Individual
and Official Capacities; VERNA BARNES,
Classification Officer; and JOHN DOE,
Officer responsible for bunk assignments**                         DEFENDANTS

## ORDER

The one-sided report of discovery dispute, *Doc. 65*, is noted. The Court directs Jones to meet in person with counsel for Johnson and Dr. Stukey to discuss the issues in the report by 25 May 2023. A joint report following the drill in the Final Scheduling Order, *Doc. 56 at 3*, is due by 2 June 2023. Defendants' counsel must take the lead in preparing and filing the joint report. If Jones doesn't comply with this Order, the Court will dismiss his case without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 May 2023