IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RON ANTONIO JONES                                                    PLAINTIFF

v.                          No. 4:21-cv-1-DPM

CHRISTY JOHNSON and RONALD
JOHN STUCKEY, Dr., both in their Individual
and Official Capacities; VERNA BARNES,
Classification Officer; and JOHN DOE,
Officer responsible for bunk assignments                           DEFENDANTS

## ORDER

The one-sided report of discovery dispute, *Doc. 68*, is appreciated. Jones hasn't met in person with counsel for Johnson and Dr. Stukey as directed by the Court. *Doc. 67*. Jones's remaining claim will therefore be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). Reports of discovery dispute, *Doc. 65 & 68*, addressed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 June 2023