IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RON ANTONIO JONES                                                PLAINTIFF

v.                          No. 4:21-cv-1-DPM

MOSES JACKSON, Warden, In his Individual
and Official Capacity as Warden of the Pine
Bluff Unit;  CHRISTY JOHNSON, In her
Individual and Official Capacity;  RONALD
JOHN STUCKEY, Dr., In his Individual and
Official Capacity;  VERNA BARNES,
Classification Officer;  and JOHN DOE,
Officer responsible for bunk assignments              DEFENDANTS

## JUDGMENT

Jones's ADA claim is dismissed with prejudice. His remaining claims are dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 June 2023